## WIENTJES v. COMMONWEALTH.

Court of Appeals of Kentucky.

Oct. 2, 1953.

Rehearing Denied Feb. 5, 1954.

———◆———

Gordon B. Winburn, Louisville, for appellant.

J. D. Buckman, Jr., Atty. Gen., John B. Browning, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal from the Jefferson Circuit Court, Criminal Branch. L. R. Curtis, Judge.

Herbert A. Wientjes, Sr., was found guilty of operating a handbook in violation of KRS 436.440, and his punishment fixed at six months in jail and a fine of $1,000. He has filed a motion for an appeal on the grounds that the evidence was obtained by an illegal search, and that it was error for the trial judge to examine a prospective juror in chambers and out of the presence of the panel.

We are affirming the judgment because we think the evidence was obtained by a legal search, and that the trial judge did not abuse his discretion when he examined a prospective juror in chambers and out of the presence of the panel.

Judgment affirmed.